UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY P. MacCRACKEN                        CIVIL ACTION

VERSUS                                       NO. 07-9540

STATE OF LOUISIANA                           SECTION "R" (2)
LYNN COOPER, WARDEN

### ORDER AND REASONS

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

Accordingly, IT IS ORDERED that the petition of Timothy MacCracken for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of July, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE